**Order filed November 29, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00415-CV
_____

**SCOT CARTER, Appellant**

**V.**

**DELL B. EVERETT AND KELLY EVERETT, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-74753**

---

# O R D E R

Appellant's brief was due November 7, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 29, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM